# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | | |
|---|---|---|
| RICKY STALLION BERLANGA, | ) | No. CV 09-2619-SJO (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| ROBERT J. HERNANDEZ, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is dismissed with prejudice.

DATED:    12/17/09

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE